1  Todd M. Friedman (216752)
2  Law Offices of Todd M. Friedman, P.C.
3  324 S. Beverly Dr., #725
   Beverly Hills, CA 90212
4  Phone: 877-206-4741
   Fax: 866-633-0228
5
6  Attorneys for Plaintiff
7
8  UNITED STATES DISTRICT COURT
   CENTRAL DISTRICT OF CALIFORNIA
9

10  SABRINA STEWART,                        ) Case No. 2:15-cv-02383-SJO-FFM
                                            )
11  Plaintiff(s)                            )
                                            ) **NOTICE OF VOLUNTARY**
12      vs.                                 ) **DISMISSAL WITHOUT**
                                            ) **PREJUDICE**
13  **RESPONSIVE DATA, LLC,**               )
                                            )
14  Defendant.                              )
                                            )
15                                          )
    _____   )
16

17      **NOTICE IS HEREBY GIVEN** that Plaintiff, pursuant to Federal Rule of

18  Civil Procedure 41(a)(1), hereby voluntarily dismisses the entire case without

19  prejudice. Defendant has neither answered Plaintiff's Complaint, nor filed a

20  motion for summary judgment. Accordingly, this matter may be dismissed without

21  prejudice and without an Order of the Court.

22

23      RESPECTFULLY SUBMITTED this 17th day of April, 2015.

24                          By:    s/Todd M. Friedman
25                                 Todd M. Friedman, Esq.
                                   Law Offices of Todd M. Friedman, P.C.
26                                 Attorney for Plaintiff

27

28

Notice of Dismissal - 1

Filed electronically on this 7th day of May, 2015, with:

**United States District Court CM/ECF system**

And hereby served upon all parties

Notification sent on this 7th day of May, 2015, via the ECF system to:

Honorable Judge S. James Otero
United States District Court
Central District of California

And mailed to:

John G. Papianou
Montgomery McCracken Walker & Rhoads LLP
123 South Broad Street
Philadelphia, PA 19109


This 7th day of May, 2015.
By: s/Todd M. Friedman
    Todd M. Friedman